**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: U.S.A. v. DANIEL CELIO    Case Number: 16CR463

An appearance is hereby filed by the undersigned as attorney for:
Daniel Celio

Attorney name (type or print): Blaire C. Dalton

Firm: Dalton Law, LLC

Street address: 53 W. Jackson Boulevard, Suite 1550

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6305696
(See item 3 in instructions)

Telephone Number: (847) 373-4750

Email Address: blairec.dalton@gmail.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No
Are you acting as local counsel in this case?  ☐ Yes  ☑ No
Are you a member of the court's trial bar?  ☑ Yes  ☐ No
If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/7/18

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015